## Commonwealth ex rel. Green, Appellant, *v.* Myers.

Submitted November 14, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Willie Green,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.